BRAD D. KRASNOFF, TRUSTEE
2029 Century Park East, 11th Floor
Los Angeles, CA 90067-4402
Telephone: (310) 201-2417
Facsmile: (310) 277-5735
BDKTrustee@dgdk.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Allynce Inc | § | Case No. 2:17-bk-17086-ER |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRAD D. KRASNOFF (TR), TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 26,400.68      Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,808.39      Claims Discharged
                                                 Without Payment: NA

Total Expenses of Administration: 9,120.89

---

3) Total gross receipts of $ 11,929.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,929.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,120.89 | 9,120.89 | 9,120.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,822.97 | 4,498.16 | 4,498.16 | 2,808.39 |
| **TOTAL DISBURSEMENTS** | $ 41,822.97 | $ 13,619.05 | $ 13,619.05 | $ 11,929.28 |

  4)  This case was originally filed under chapter 7 on 06/09/2017 . The case was pending for 27 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 08/22/2019                By: /s/BRAD D. KRASNOFF (TR), TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Account | 1129-000 | 4,600.00 |
| Possible Avoidable Transfer | 1141-000 | 7,329.28 |
| **TOTAL GROSS RECEIPTS** | | **$11,929.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRAD D. KRASNOFF | 2100-000 | NA | 1,942.93 | 1,942.93 | 1,942.93 |
| BRAD D. KRASNOFF | 2200-000 | NA | 88.54 | 88.54 | 88.54 |
| International Sureties LTD | 2300-000 | NA | 10.06 | 10.06 | 10.06 |
| Union Bank | 2600-000 | NA | 231.04 | 231.04 | 231.04 |
| Department of the Treasury | 2810-000 | NA | 806.00 | 806.00 | 806.00 |
| Franchise Tax Board | 2820-000 | NA | 1,864.28 | 1,864.28 | 1,864.28 |
| KARL T. ANDERSON, CPA, INC. | 3410-000 | NA | 3,950.00 | 3,950.00 | 3,950.00 |
| KARL T. ANDERSON, CPA, INC. | 3420-000 | NA | 228.04 | 228.04 | 228.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,120.89 | $ 9,120.89 | $ 9,120.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advertising Specialty Institute PO Box 15017 Wilmington, DE 19886 | | 500.00 | NA | NA | 0.00 |
| | Bank of America Business Card PO Box 15796 Wilmington, DE 19886 | | 6,000.00 | NA | NA | 0.00 |
| | Cassandra Samano 18909 Honroe Street La Puente, CA 91746 | | 16,774.41 | NA | NA | 0.00 |
| | Eric B. Alspaugh, APC TechLaw Intellectual Property Law 5151 California Ave, Ste 100 | | 16,975.00 | NA | NA | 0.00 |
| | James Sanchez c/o Robert W. Payne, Esq Payne IP Law 111 N. Market Street, Suite 300 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stouse 300 New Century Pkwy New Century, KS 66031 | | 882.75 | NA | NA | 0.00 |
| | Strand Art Co. Inc 4700 E. Hunter Ave Anaheim, CA 92807 | | 222.14 | NA | NA | 0.00 |
| | TMobile PO Box 51843 Los Angeles, CA 90051 | | 135.38 | NA | NA | 0.00 |
| | UPS PO Box 7247-0244 Philadelphia, PA 19170 | | 333.29 | NA | NA | 0.00 |
| 4A | Internal Revenue Service | 7100-000 | NA | 424.16 | 424.16 | 424.16 |
| 4B | Internal Revenue Service | 7300-000 | NA | 4,074.00 | 4,074.00 | 2,384.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,822.97 | $ 4,498.16 | $ 4,498.16 | $ 2,808.39 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-17086 | ER | Judge: | Ernest M. Robles | Trustee Name: | BRAD D. KRASNOFF (TR), TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Allynce Inc | | | | Date Filed (f) or Converted (c): | 06/09/2017 (f) |
| | | | | | 341(a) Meeting Date: | 07/17/2017 |
| For Period Ending: | 08/22/2019 | | | | Claims Bar Date: | 11/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND<br>Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Checking Account | 4,637.60 | 4,600.00 | | 4,600.00 | FA |
| 3. Accounts Receivable | 25,300.68 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Possible Avoidable Transfer<br>Per SOFA question no 3 re payments to creditors within 90 days of bk filing | 34,763.77 | 34,763.77 | | 7,329.28 | FA |
| INT. Void (u)<br>Post-Petition Interest Deposits | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $65,802.05 | $39,363.77 | | $11,929.28 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ANNUAL REPORT FOR P.E. 3/31/19
The Internal Revenue Service filed a proof of claim regarding the case on 2/12/19.  The trustee submitted the TFR to the OUST on 3/18/19.

Exhibit 8

*********************************************************

QUARTERLY STATUS REPORT FOR P.E.12/31/18
The trustee anticipates commencing closure of the case in the next reporting period.

*********************************************************

QUARTERLY STATUS REPORT FOR P.E.9/30/18
The trustee has obtained authority to pay certain administrative taxes, and has paid the taxes.  The trustee may commence closure of the case in the net reporting period.

*********************************************************

QUARTERLY STATUS REPORT FOR PERIOD ENDING6/30/18
On 4/4/18, the Court entered its order sustaining the trustee's objection to Claim #2.  The trustee has received estate returns, and is currently seeking authority to pay certain administrative taxes.

*********************************************************

ANNUAL AND QUARTERLY STATUS REPORT FOR PERIOD ENDING3/31/18
On 2/28/18, the trustee filed an objection to Claim #2.  The hearing on the claim objection is in April, 2018.  Once the objection is adjudicated, claims review will be complete.  The trustee anticipates that a tax return will be submitted in the next reporting period.

*********************************************************

QUARTERLY STATUS REPORT FOR PERIOD ENDING12/31/17
The trustee has determined not to initiate avoiding power litigation against third parties (asset #5).  The trustee will review claims in the next reporting period.

*********************************************************

QUARTERLY STATUS REPORT FOR PERIOD ENDING9/30/17The trustee has recovered funds from a bank account (asset #2) and from the recipient of an alleged avoidable transfer (asset #5).  It is unknown as to whether there will be any further recoveries.  The trustee is endeavoring to determine whether to retain an accountant.


Initial Projected Date of Final Report (TFR): 06/15/2019            Current Projected Date of Final Report (TFR): 06/15/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-17086 | Trustee Name: | BRAD D. KRASNOFF (TR), TRUSTEE |
| Case Name: | Allynce Inc | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX9260 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6546 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/22/2019 | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/17 | 2 | BANK OF AMERICA CASHIER'S CHECK | CLOSING OF BANK ACCOUNT | 1129-000 | $4,600.00 | | $4,600.00 |
| 09/05/17 | 5 | STOUSE, LLC | POSSIBLE PREFERENTIAL TRANSFER | 1141-000 | $7,329.28 | | $11,929.28 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $11,914.28 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.05 | $11,899.23 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.70 | $11,881.53 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.11 | $11,864.42 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.65 | $11,846.77 |
| 02/09/18 | 100001 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | TRUSTEE BOND PREMIUM, BOND #016030867, PER LBR 2016-2(c) | 2300-000 | | $6.20 | $11,840.57 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.63 | $11,822.94 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.90 | $11,807.04 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.57 | $11,789.47 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.98 | $11,772.49 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.52 | $11,754.97 |
| | | | Page Subtotals: | | $11,929.28 | $174.31 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-17086 | Trustee Name: BRAD D. KRASNOFF (TR), TRUSTEE |
| Case Name: Allynce Inc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9260 |
| | Checking |
| Taxpayer ID No: XX-XXX6546 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/22/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/18 | 100002 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | PAYMENT ON CLAIM NO.3 PER ORDER ENTERED 7/9/18 | 2820-000 | | $829.28 | $10,925.69 |
| 07/11/18 | 100003 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0011 | Form 1120S for 2017 taxes per order entered 7/9/18 | 2810-000 | | $806.00 | $10,119.69 |
| 07/11/18 | 100004 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0501 | Form 100S 2017 taxes, per Claim #1, per order entered 7/9/18 | 2820-000 | | $1,035.00 | $9,084.69 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.93 | $9,067.76 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.00 | $9,051.76 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,036.76 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,021.76 |
| 01/30/19 | 100005 | International Sureties LTD<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | TRUSTEE BOND PREMIUM, 1/4/19 TO 1/4/20, BOND #016030867, PER LBR 2016-2(c) | 2300-000 | | $3.86 | $9,017.90 |
| 06/18/19 | | Transfer to Acct # xxxxxx0172 | Transfer of Funds | 9999-000 | | $9,017.90 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $11,929.28 | $11,929.28 |
| Less: Bank Transfers/CD's | $0.00 | $9,017.90 |
| Subtotal | $11,929.28 | $2,911.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,929.28 | $2,911.38 |

Page Subtotals: $0.00    $11,754.97

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-17086 | Trustee Name: BRAD D. KRASNOFF (TR), TRUSTEE |
| Case Name: Allynce Inc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0172 |
| | Checking |
| Taxpayer ID No: XX-XXX6546 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/22/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/19 | | Transfer from Acct # xxxxxx9260 | Transfer of Funds | 9999-000 | $9,017.90 | | $9,017.90 |
| 06/26/19 | 2001 | BRAD D. KRASNOFF<br>1900 AVENUE OF THE STARS<br>11TH FLOOR<br>LOS ANGELES, CA  90067-4402 | TRUSTEE'S FEES PER ORDER ENTERED 6/24/19 | 2100-000 | | $1,942.93 | $7,074.97 |
| 06/26/19 | 2002 | BRAD D. KRASNOFF<br>1900 AVENUE OF THE STARS<br>11TH FLOOR<br>LOS ANGELES, CA  90067-4402 | TRUSTEE'S EXPENSES PER ORDER ENTERED 6/24/19 | 2200-000 | | $88.54 | $6,986.43 |
| 06/26/19 | 2003 | KARL T. ANDERSON, CPA, INC.<br>340 South Farrell Drive, Suite A210<br>Palm Springs, CA  92262 | ACCOUNTANT FOR TRUSTEE'S FEES PER ORDER ENTERED 6/24/19 | 3410-000 | | $3,950.00 | $3,036.43 |
| 06/26/19 | 2004 | KARL T. ANDERSON, CPA, INC.<br>340 South Farrell Drive, Suite A210<br>Palm Springs, CA  92262 | ACCOUNTANT FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 6/24/19 | 3420-000 | | $228.04 | $2,808.39 |
| 06/26/19 | 2005 | Internal Revenue Service<br>300 North Los Angeles Street, Stop 5022<br>Los Angeles, Ca 90012. | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order entered 6/24/19. | 7100-000 | | $424.16 | $2,384.23 |
| 06/26/19 | 2006 | Internal Revenue Service<br>300 North Los Angeles Street, Stop 5022<br>Los Angeles, Ca 90012. | Final distribution to claim 4 creditor account # representing a payment of 17.81 % per court order entered 6/24/19. | 7300-000 | | $2,384.23 | $0.00 |

| | Deposits | Disbursements |
|---|---:|---:|
| COLUMN TOTALS | $9,017.90 | $9,017.90 |
| Less: Bank Transfers/CD's | $9,017.90 | $0.00 |
| Subtotal | $0.00 | $9,017.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,017.90 |

Page Subtotals:  $9,017.90   $9,017.90

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0172 - Checking | $0.00 | $9,017.90 | $0.00 |
| XXXXXX9260 - Checking | $11,929.28 | $2,911.38 | $0.00 |
| | $11,929.28 | $11,929.28 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,929.28 |
| Total Gross Receipts: | $11,929.28 |

Page Subtotals:    $0.00    $0.00